# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

NETWORK MULTI-FAMILY SECURITY
CORPORATION                                                                    **PLAINTIFF**

V.                                                      Civil Action No. 3:08-cv-681-TSL-JCS

GRAOCH ASSOCIATES #57 LIMITED,
PARTNERSHIP; NORTH HILL GP, INC.,
and GRAOCH 57 GP, L.P.                                                       **DEFENDANTS**

## DEFAULT JUDGMENT

**CAME BEFORE THE COURT** on the Motion for Default Judgment filed by Network Multi-Family Security Corporation pursuant to Rule 55 of the Federal Rules of Civil Procedure, and the Defendants, Graoch Associates #57 Limited Partnership, North Hill GP, Inc., and Graoch 57 GP, L.P., having all been duly served with Summons and Complaint and none being an infant or an unrepresented incompetent person and all having failed to plead or otherwise defend the Complaint and default having been duly entered; and the Defendants having taken no proceedings since such default was entered; and this Court having jurisdiction over the parties hereto and the subject matter and venue being proper before this Court; and after due deliberation, having found that the legal and factual bases set forth in the Motion show good cause for the relief granted herein,

**IT IS THEREFORE, ORDERED AND ADJUDGED**, that Plaintiff's motion for Default Judgment is hereby granted;

**IT IS FURTHER ORDERED AND ADJUDGED**, that the Defendants are jointly and severally liable to the Plaintiff for all past due payments owed the Plaintiff pursuant to the Agreement as alleged in the Complaint;

**IT IS FURTHER ORDERED AND ADJUDGED**, that Plaintiff does have and recover of and from the Defendants, jointly and severally, the total principal sum of $143,706.56, plus interest at the legal rate, reasonable and necessary legal fees in the amount of $47,902.18, together with costs and expenses totaling $405.00.

**SO ORDERED AND ADJUDGED**, this the 22nd day of December, 2008.

/s/Tom  S. Lee
UNITED STATES DISTRICT JUDGE