**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**NETWORK MULTI-FAMILY SECURITY CORPORATION**          **PLAINTIFF**

**V.**                                                            **Civil Action No. 3:08-cv-681-TSL-JCS**

**GRAOCH ASSOCIATES #57 LIMITED, PARTNERSHIP;**
**NORTH HILL GP, INC., and GRAOCH 57 GP, L.P.**          **DEFENDANTS**

**REGIONS BANK f/k/a UNION PLANTERS BANK**          **GARNISHEE**

### ORDER AUTHORIZING TURNOVER OF BANK ACCOUNT FUNDS TO PLAINTIFF

**CAME BEFORE THIS COURT** on the motion, *ore tenus*, of Network Multi-Family Security Corporation ("Plaintiff") for the entry of an Order Authorizing Turnover of Bank Account Funds to Plaintiff, and the Court, being fully advised in the premises, does hereby find and order as follows:

1. This Court has jurisdiction over the proceedings and parties herein.

2. On December 23, 2008, this Court entered a Default Judgment in favor of Plaintiff against Defendants in the above styled matter for the principal sum of $143,706.56, plus reasonable and necessary legal fees in the amount of $47,902.18 together with costs and expenses totaling $405.00, and interest at the legal rate until paid in full. The Default Judgment has been duly enrolled and recorded as provided by law.

3. Partial payment by Defendants in the amount of $23,085.67 was received by Plaintiff. However, the Default Judgment remains due and outstanding and has not been satisfied in full as the outstanding balance of $168,928.07 remains.

4. Regions Bank f/k/a Union Planters Bank ("Garnishee") has acknowledged that Defendants have bank accounts with it in the total amount of $87,227.17.

5. Pursuant to the Default Judgment, Plaintiff is entitled to take possession of funds held by Garnishee in the amount of $87,227.17 plus any additional funds that may have been deposited since Garnishee's Answer up to a total of $168,928.07.

6. The above mentioned funds held by Garnishee are subject to turnover to Plaintiff.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** as follows:

A. Regions Bank f/k/a Union Planters Bank shall immediately deliver to Plaintiff the full amount of $87,227.17 plus any additional funds that may have been deposited since Garnishee's Answer up to a total of $168,928.07.

B. Plaintiff shall be, and hereby is entitled to enforce all rights and remedies available to it pursuant to the terms of the above mentioned Default Judgment and this Order and any and all federal and state laws;

C. This Court shall retain jurisdiction to issue any further rulings or determinations, if necessary, any further amounts due under the Default Judgment after crediting all amounts received from the Garnishee.

D. This shall constitute entry of final judgment.

**SO ORDERED AND ADJUDGED** this the 31st day of August, 2009.

/s/Tom S. Lee
DISTRICT COURT JUDGE

Submitted by:
**Charles Frank Fair Barbour**
Mississippi Bar Number 99520
**BENNETT LOTTERHOS SULSER & WILSON, P.A.**
188 East Capitol Street, Suite 1400
Post Office Box 98
Jackson, Mississippi 39205-0098
Telephone: (601) 944-0466
Facsimile: (601) 944-0467

2